# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1177**                          September Term, 2014

CFPB-2014-CFPB-0002

**Filed On:** August 3, 2015

PHH Corporation, et al.,

        Petitioners

   v.

Consumer Financial Protection Bureau,

        Respondent


      **BEFORE:**     Henderson, Millett, and Wilkins, Circuit Judges

## O R D E R

       Upon consideration of the motion for a stay pending appeal, the opposition thereto, and the reply, it is

       **ORDERED** that the motion for stay be granted. Petitioners have satisfied the stringent requirements for a stay pending appeal. See Winter v. Natural Res. Def. Council, 555 U.S. 7, 20 (2008); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2015).


                                    **Per Curiam**


                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:      /s/
                                      Amy Yacisin
                                      Deputy Clerk