

1700 G Street NW, Washington, DC 20552

December 15, 2015

Mark Langer, Clerk
United States Court of Appeals for the
 District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re:  *PHH Corp., et al. v. Consumer Financial Protection Bureau*,
     No. 15-1177 (D.C. Cir.)

Dear Mr. Langer:

I am counsel of record in the above-captioned matter for, and will be arguing on behalf of, respondent Consumer Financial Protection Bureau. I will be out of the country and unavailable for argument from May 9, 2016, through May 30, 2016.

Thank you.

Sincerely,

Lawrence DeMille-Wagman
Senior Litigation Counsel

consumerfinance.gov