# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 15-1177 | September Term, 2015 |
| | CFPB-2014-CFPB-0002 |
| | **Filed On:** April 4, 2016 |

PHH Corporation, et al.,

    Petitioners

    v.

Consumer Financial Protection Bureau,

    Respondent

**BEFORE:**    Henderson and Kavanaugh, Circuit Judges; Randolph, Senior Circuit Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties be prepared to address at oral argument on April 12, 2016, the following questions:

1) What independent agencies now or historically have been headed by a single person?  For this purpose, consider an independent agency as an agency whose head is not removable at will but is removable only for cause; and

2) If an independent agency headed by a single person violates Article II as interpreted in *Free Enterprise Fund v. PCAOB*, 561 U.S. 477 (2010), what would the appropriate remedy be?  Would the appropriate remedy be to sever the tenure and for-cause provisions of this statute, *see* 12 U.S.C. § 5491(c)?  *Cf. Free Enterprise Fund*, 561 U.S. at 508-10.  Or is there a more appropriate remedy?  And how would the remedy affect the legality of the Director's action in this case?

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk