# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 15-1177                                    September Term, 2015

CFPB-2014-CFPB-0002

Filed On: April 12, 2016 [1608185]

PHH Corporation, et al.,

        Petitioners

    v.

Consumer Financial Protection Bureau,

        Respondent

**BEFORE:**    Circuit Judges Henderson* and Kavanaugh, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on April 12, 2016 at 9:33 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    Theodore B. Olson, counsel for Petitioners.

    Lawrence DeMille-Wagman (CFPB), counsel for Respondent.

*Judge Henderson will consider these cases based on the audio recording of oral argument.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Shana E. Thurman
Deputy Clerk